**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL DOCKET NO. 3:05cr104-V**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| GABRIEL ROMERO - 1 | ) |
| JULIO MORA VEGA - 2 | ) |
| MICHAEL BRIAN MCCALL - 3 | ) |
| AMOS CALVIN HALL, JR. - 4 | ) |
| KOJI S. STEWART - 5 | ) |
| TANRE STEPHON TAYLOR - 6 | ) |
| ULYSSESS WASHINGTON - 7 | ) |
| KELVIN BEAUFORT - 8 | ) |
| NELTA NEAL GLENN - 9 | ) |
| ALLEN MARSHALL MCCALL, JR. - 10 | )     **O R D E R** |
| MALCOLM DAWSON - 11 | ) |
| HAJI DWANE WHITE - 12 | ) |
| DEMON MONTICO MORRIS - 13 | ) |
| SONKARLAY LORENZO MCCALL - 15 | ) |
| HOWARD EDWARD MCCALL - 16 | ) |
| GERALD DIXON - 17 | ) |
| RODGRICK FRIESON - 18 | ) |
| FRANK WOOD THOMAS - 19 | ) |
| GRADY DONNELL EADES - 20 | ) |
| GERALD HARRISON - 21 | ) |
| PHILLIP BROWN - 23 | ) |
| AUDREY GABRIEL - 25 | ) |
| _____ | ) |

**THIS MATTER** is before the Court on its own motion to continue the captioned criminal matter from the 25 July 2005 term in the Charlotte Division.

The Court finds that the Defendants' cases are "joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted," **18 U.S.C. § 3161(h)(7),** and that failure to continue this matter would result in a miscarriage of justice. **18 U.S.C. § 3161(h)(8)(B)(i).** The Court further finds that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants to a speedy trial.

**IT IS, THEREFORE, ORDERED** that this case is hereby continued from the 25 July 2005 term in the Charlotte Division to the 26 September 2005 trial term.

**Signed: July 11, 2005**

*Richard L. Voorhees*
Richard L. Voorhees
United States District Judge