IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL DOCKET NO.: 3:05CR104

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| GABRIEL ROMERO, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Government's Motion for Status Conference, filed June 7, 2006. For the reasons stated in the Government's Motion and for good cause shown, the Court will set this matter on for a status conference.

**IT IS, THEREFORE, ORDERED** that the Government's Motion for Status Conference is hereby **GRANTED**. This matter is set for a status conference on **Tuesday, June 27, 2006 at 10:45 a.m.** in Courtroom #2 in the Charlotte Division of the Western District of North Carolina.

Signed: June 8, 2006

Richard L. Voorhees
United States District Judge