IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL DOCKET NO.: 3:05CR104

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | AMENDED |
| | ) | ORDER |
| GABRIEL ROMERO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on its own Motion amending the Order filed June 8, 2006, in which the Court scheduled a status conference in this matter.

**IT IS, THEREFORE, ORDERED** that this matter is set for a status conference **as to all Defendants who have not pled guilty or been dismissed** on **Tuesday, June 27, 2006 at 10:45 a.m.** in Courtroom #2 in the Charlotte Division of the Western District of North Carolina.

The Clerk is directed to send copies of this Order to defense counsel, the United States Attorney, the United States Marshal Service and the United States Probation Office.

Signed: June 22, 2006

Richard L. Voorhees
United States District Judge