# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| GABRIEL ROMERO ) | Case No: 3:05CR104-01 |
| ) | USM No: 20223-058 |
| Date of Previous Judgment: April 24, 2007 ) | Reggie E. McKnight |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  ■ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ■ **DENIED.**   ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 35              Amended Offense Level: 35
Criminal History Category: I            Criminal History Category: I
Previous Guideline Range: 168 to 210 months   Amended Guideline Range: 168 to 210 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):   The defendant is not eligible for a reduction under the crack cocaine retroactive amendment as he was not held accountable for crack cocaine in this case, only powder cocaine.

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated April 24, 2007, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: January 4, 2010

Effective Date: _____
(if different from order date)

/s/ Frank D. Whitney
Frank D. Whitney
United States District Judge